UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

04 11132 REK

MAXUM AUTO, INC.
    Plaintiff,

v.

MASSACHUSETTS REGISTRY
OF MOTOR VEHICLES
    Defendant

VERIFIED COMPLAINT SEEKING INJUNCTIVE RELIEF

MAGISTRATE JUDGE _____

## COMPLAINT

### INTRODUCTION

1. This is an action for injunctive relief brought pursuant to the United States Constitution, Article 1, § 8, Clause 3, Article IV, § 1 and the 5th and 14th Amendments to the United States Constitution against the Massachusetts Registry of Motor Vehicles for the interference with the Plaintiff's business of selling automobiles.

### Jurisdiction

2. Jurisdiction is based upon 28 U.S.C., § 1331.

### Parties

3. Petitioner, Maxum Auto, Inc., is and at all times relevant to this Complaint, a Texas corporation situated at 5519 Walzem Road, Suite 106, San Antonio, Texas and is a duly licensed motor vehicle dealer organized under the laws of the State of Texas.

4. Respondent, Massachusetts Registry of Motor Vehicles is at all times relevant to this Complaint, an administrative agency of the Commonwealth of Massachusetts.

## Facts

5. Maxum Auto, Inc., as part of its business buys automobiles at auction and sells around the country.

6. Recently it has come to Maxum Auto, Inc.'s attention that customers in Massachusetts have attempted to register their vehicles bought from Maxum Auto, Inc. and have been turned away by agents of the Massachusetts Registry of Motor Vehicles and denied the ability to register their vehicles in the Commonwealth of Massachusetts. (See Affidavit of Shirley Dicarlo annexed hereto and incorporated herein as Exhibit A).

7. The Massachusetts Registry of Motor Vehicles has also refused to even provide a copy of a prior title that was lost and has advised a representative of Maxum Auto, Inc. that they will not register any vehicle that has Maxum Auto, Inc. anywhere in its title. (See Affidavit of Joshua Greenstein annexed hereto and incorporated herein as Exhibit B).

8. Cars that Maxum Auto, Inc. have sold have been successfully registered in the Commonwealth of Massachusetts for nearly 2 years prior to this time.

9. There is currently no action filed or pending against Maxum Auto, Inc. in the Commonwealth of Massachusetts, either civil, criminal or administrative and therefore at the very least, the actions of the Massachusetts Registry of Motor Vehicles is a violation of Maxum Auto, Inc.'s right to due process.

10. Maxum Auto, Inc. has recently encountered similar problems around the country as a result of the improper actions of an investigator for the Texas Department of Transportation. (See letter from Darnell Anderson, President of Maxum Auto, Inc. to Administrative Law Judge, Lea Anne Burnett annexed hereto and incorporated herein as Exhibit C).

11. Upon information and belief, the improper actions of Investigator Doroteo Hernandez are the source of the Massachusetts Registry of Motor Vehicles refusal to register cars that are legally sold by Maxum Auto,

Inc. to its clients in the Commonwealth of Massachusetts. (See Affidavit of Timothy Putnam annexed hereto and incorporated herein as Exhibit D).

12. Maxum Auto, Inc. is currently involved in Administrative Agency Hearings before the Texas Department of Transportation, Motor Vehicle Division, however, it has a valid general distinguishing number that does not expire until July 31, 2004. (See Order of Administrative Law Judge, Lea Anne Burnett, annexed hereto and incorporated herein as Exhibit E.

13. Accordingly, the Petitioner seeks an expedited hearing before this Honorable Court as soon as practicable and the issuance by the Court, following a hearing, of a permanent injunction, and enjoin the violation, and specifically enjoining the Massachusetts Registry of Motor Vehicles, its agents, servants, employees and representatives, from preventing any of Maxum Auto, Inc.'s customers from registering vehicles in the Commonwealth of Massachusetts.

14. Irreparable injury and damage will result unless this Court so acts.

   WHEREFORE, the Petitioner prays:

   A. That this Honorable Court conduct an expedited hearing or hearings relative to the issues presented in this Complaint as soon as practicable;

   B. That, upon such expedited hearing, the Court issue a permanent injunction as requested in the Complaint;

   C. Grant such other and further relief as justice and equity may require.

Dated:  May 28, 2004                    Respectfully Submitted,
                                        MAXUM AUTO, INC.


                                        _____
                                        By its attorney
                                        Richard N. Foley, Esq.
                                        414 State Street, Suite 2
                                        Portsmouth, NH 03801
                                        (603) 433-1303
                                        BBO #: 553321



THE STATE OF NEW HAMPSHIRE
ROCKINGHAM, SS.

    Personally appeared before me, the above named Richard N. Foley, and made oath that the foregoing is true and correct to the best of his knowledge and belief, this 28th day of May 2004.

                                        _____
                                        Notary Public


My commission expires:

    TIMOTHY S. WHEELOCK
        NOTARY PUBLIC
    STATE OF NEW HAMPSHIRE
    My commission expires Aug. 23, 2008

## AFFIDAVIT OF SHIRLEY DICARLO

Before me, the undersigned authority, personally appeared who, being by me duly sworn, deposed as follows:

My name is Shirley Dicarlo. I reside at 0 Martin Circle, Peabody, Massachusetts. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

On May 27, 2004, I went to the Reading Division of Motor Vehicles to transfer a registration from an old vehicle to a new vehicle that I bought from Maxum Auto, Inc. The woman seemed puzzled and left to confer with another woman behind the counter. She returned and informed me that she cannot register the vehicle in Massachusetts.

I have advised Maxum Auto, Inc. that if I cannot register my vehicle then I want my money back.

Date: May 28, 2004

_____
Shirley Dicarlo

Commonwealth of Massachusetts
County of Essex

SUBSCRIBED AND SWORN to before me this 28th day of May, 2004.

_____
Notary Public

TIMOTHY PUTNAM, Notary Public
My Commission Expires October 9, 2007

EXHIBIT B

# AFFIDAVIT OF JOSHUA GREENSTEIN

Before me, the undersigned authority, personally appeared Joshua Greenstein, who, being by me duly sworn, deposed as follows:

My name is Joshua Greenstein. I am a representative of Maxum Auto, Inc. I reside at 8 Jennifer Drive, Saugus, Massachusetts. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

On May 11, 2004, I went to the Reading Division of Motor Vehicles to apply for a lost title for a car I was going to wholesale to a car auction. I was informed that Maxum Auto is not a real dealership. I was told that the DMV could not do anything for me.

I was also advised that if Maxum Auto, Inc. appeared anywhere in the title that the vehicle would not be registered in Massachusetts.

I was asked to leave.

Date: May 28, 2004

Joshua Greenstein

Commonwealth of Massachusetts
County of Essex

SUBSCRIBED AND SWORN to before me this 28th day of May, 2004.

Notary Public

TIMOTHY PUTNAM, Notary Public
My Commission Expires October 9, 2007

# MAXUM AUTO, INC.

5518 Walzen Road, Suite 106
San Antonio, TX 78218
Phone 210-590-8198
Fax 210-568-4933

May 17, 2004

The Honorable Lea Anne Burnett,
Administrative Law Judge
Texas Department of Transportation
Motor Vehicle Division
P.O. Box 2293
Austin, TX 78768

**RE: In the Matter of the License of Maxum Auto, Inc.
Docket No. 04-0571-ENF**

Dear Judge Burnett,

    I am writing to respectfully request that you issue a Temporary Injunction against the Texas Department of Transportation and Investigator Doroteo Hernandez for violating our rights to due process.

    Maxum Auto has a valid Texas Dealer license to buy and sell automobiles. An investigator of the Texas DOT has been contacting other Divisions of Motor Vehicles across the United States informing them that Maxum Auto has an invalid license to buy/sell motor vehicles. As such, any paperwork with Maxum Auto on it is not allowed to register any motor vehicles across the United States.

    The Investigator has also contacted Dealer Auctions informing them that Maxum Auto has an invalid license, which is preventing Maxum Auto from attending any dealer auctions.

May 17, 2004
Page 2

      A hearing on this matter is scheduled for June 17, 2004 at 9:30 AM. Until a decision is made on this matter, Maxum Auto has the right to operate as usual.

      Thank you for your time and anticipated cooperation in this matter.
The Honorable Lea Anne Burnett

                                               Very truly yours,

                                               Darnell Anderson,
                                               MAXUM Auto, Inc.

cc:    Judean Manion, Esq.

## AFFIDAVIT OF TIMOTHY PUTNAM

Before me, the undersigned authority, personally appeared Timothy Putnam, who, being by me duly sworn, deposed as follows:

My name is Timothy Putnam. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

In my capacity as consultant for Maxum Auto, Inc. Terry Partell and Kenny Gomez from the Greater Las Vegas Auto Auction informed me that Investigator Doroteo Hernandez told them to cease doing business with anybody from Maxum Auto.

Investigator Hernandez told them if anyone from Maxum Auto attempted to attend an auction or buy/sell a motor vehicle, that he be contacted directly.

Upon calling Mr. Hernandez he informed me that what Maxum Auto does is illegal and that no one is to buy or sell any cars under the Maxum dealership.

Date: May 28, 2004

_____
Timothy Putnam

Commonwealth of Massachusetts
County of Essex

SUBSCRIBED AND SWORN to before me this 28th day of May, 2004.

_Maureen Goldsmith_
Notary Public

MAUREEN B. GOLDSMITH, Notary Public
My Commission Expires September 28, 2004

# Texas Department of Transportation
MOTOR VEHICLE DIVISION
P. O. BOX 2293 · Austin, Texas 78769 · (512) 416-4817 · FAX (512) 416-4890

May 20, 2004

Judean S. Manion
Attorney - Enforcement
Motor Vehicle Division
P. O. Box 2293
Austin, Texas 78769-2293

**VIA INTRA AGENCY MAIL**

Jeff Schneider
R C Auto Inc.
310 Edgewood Lane, ste. 100
Cleburne, Texas 76033

**VIA FIRST CLASS MAIL**

Darnell Anderson
Maxum Auto Inc.
5518 Walzem Road, ste. 106
San Antonio, Texas 78218

**VIA FIRST CLASS MAIL
AND FACSIMILE AT (210) 655-4993**

Ty Hamlin
Tucker Auto Inc.
P.O. Box 997
Little Elm, Texas 75068

**VIA FIRST CLASS MAIL
AND FACSIMILE AT (972) 692-6674**

Re: Docket No. 04-0571-ENF;  In the Matter of the License of Maxum Auto, Inc.
    Docket No. 04-0572-ENF;  In the Matter of the License of Tucker Auto, Inc.
    Docket No. 04-0573-ENF;  In the Matter of the License of R C Auto, Inc.

Dear Parties:

I am in receipt of a letter requesting that a temporary injunction be issued against the Petitioner, and Enforcement Investigator Doroteo Hernandez, for misrepresenting the licensing status of Respondent Maxum Auto, Inc., a Texas motor vehicle dealer, to various extra-jurisdictional entities and to dealer auctions.

This letter shall be treated as a Motion for Interlocutory Cease and Desist Order against Petitioner and Investigator Hernandez under TEX. OCC. CODE ANN. § 2301.802. Petitioner is directed to file a response on behalf of itself and Investigator Hernandez by Wednesday, May 26, 2004 at 5:00 p.m.

*An Equal Opportunity Employer*

Judson S. Manion
Jeff Schneider
Darnell Anderson
Ty Hamlin
Letter to the Parties
May 20, 2004

Page 2

A review of the Licensing Database, reflects that Respondent Maxum Auto, Inc.'s general distinguishing number is valid, at least through July 31, 2004. Under the Texas Government Code § 2001.054, Respondent Maxum's Texas Motor Vehicle dealer license is valid until finally adjudicated by this agency. A copy of this statute is enclosed for all parties' perusal.

Sincerely,

Lea Anne Burnett

Lea Anne Burnett
Administrative Law Judge

LAB/esc

cc:  Ty Hamlin
     Tucker Auto Inc.
     1615 Highway 720 West
     Little Elm, Texas 75068

     VIA FIRST CLASS MAIL