UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 MAY 28  P 2:55
U.S. DISTRICT COURT
DISTRICT OF MASS.

MAXUM AUTO, INC.    04 11132 REK
    Plaintiff,              }
                                  }
v.                                  }
                                  }   MOTION FOR TEMPORARY
                                  }   RESTRAINING ORDER
MASSACHUSETTS REGISTRY     }   WITHOUT NOTICE AND FOR
OF MOTOR VEHICLES           }   PRELIMINARY INJUNCTION
    Defendant                   }

    The Petitioner moves this Honorable Court upon the Verified Complaint and the attached Affidavits and correspondence enclosed:

1.    To issue a Temporary Restraining Order; and

2.    To issue a Preliminary Injunction, both restraining the Massachusetts Registry of Motor Vehicles, its agents, servants, employees and representatives from refusing to register vehicles owned by or sold by Maxum Auto, Inc. to its customers.

  As grounds for this Motion, as more fully set forth in the Verified Complaint and attached Affidavits and correspondence, are as follows:

    a.    Maxum Auto, Inc. is a valid car dealer operating legally under its charter, authorized by the State of Texas;

    b.    Agents of the Massachusetts Registry of Motor Vehicles are refusing to register cars owned by or sold by Maxum Auto, Inc. to its customers on the improper and erroneous grounds that Maxum Auto, Inc. is an illegal corporation;

    c.    There is not currently pending any action against Maxum Auto, Inc. in the Commonwealth of Massachusetts, either civil, criminal or administrative;

d.  At the very least, Maxum Auto, Inc. is entitled to notice and an opportunity to be heard before the Massachusetts Registry of Motor Vehicles or any other government entity interferes with its business;

e.  Maxum Auto, Inc. is receiving approximately five (5) complaints a day from its customers that they are unable to register vehicles that Maxum Auto, Inc. has sold them and they are demanding that they receive their purchase monies back;

f.  The Massachusetts Registry of Motor Vehicles can allege no harm in registering cars to legal residence of the Commonwealth of Massachusetts, however, Maxum Auto, Inc. is under threat to close its business should it be unable to have the Massachusetts Registry of Motor Vehicles register cars that it sells to citizens of the Commonwealth of Massachusetts;

g.  The Respondent has no valid reason to refuse to register a vehicle sold to citizens of the Commonwealth, where Maxum Auto, Inc. is a legal auto dealer contrary to the assertions by the Massachusetts Registry of Motor Vehicles;

h.  The public will gain by the orderly and proper administration of the purchase and transfer of motor vehicles that are in interstate commerce and not being subject to the erroneous slanderous allegations of an investigator for the Texas Department of Transportation, Motor Vehicle Division.

Dated:  May 28, 2004            Respectfully Submitted,
                                MAXUM AUTO, INC.


                                _____
                                By its attorney
                                Richard N. Foley, Esq.
                                414 State Street, Suite 2
                                Portsmouth, NH 03801
                                (603) 433-1303
                                BBO #: 553321

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above Motion has been served via facsimile and first class mail, postage prepaid addressed: RMV, General Counsel, P.O. Box 199100, Boston, MA 02119-9100.

Dated: May 28, 2004     _____
                                  Richard N. Foley, Esq.